IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:04CR36-V |
| v. | ) | (Financial Litigation Unit) |
| | ) | |
| ALAN JAY STEIN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the United States' Motion requesting permission to apply money seized from Alan Jay Stein toward payment of the restitution ordered in this case, and further upon the complete record of this matter to date,

IT IS HEREBY ORDERED that the Federal Bureau of Investigation convey and remit to the Office of the United States District Clerk of Court for the Western District of North Carolina, the sum of $1,000.00 that was seized from Alan Jay Stein on March 16, 2000, and which is now in the possession of the Federal Bureau of Investigation, in partial satisfaction of the restitution imposed by the criminal judgments in this matter.

Signed: March 3, 2009

Richard L. Voorhees
United States District Judge